JEREMY PASTERNAK, ESQ., BAR NO: 181618
**LAW OFFICES OF JEREMY PASTERNAK**
A Professional Corporation
445 Bush St., Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorney for Plaintiff
CLARK ROBB

JAMES E. SIMON, ESQ., BAR NO: 62792
JILL VACCHINA, ESQ., BAR NO: 252221
**PORTER SIMON**
A Professional Corporation
40200 Truckee Airport Road, Suite 1
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

Attorneys for Defendants
DRAGONFLY CUISINE, INC.
WILLIAM H. MCCULLOUGH, III.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK ROBB<br><br>Plaintiffs,<br><br>v.<br><br>DRAGONFLY CUISINE, INC., a California Corporation, WILLIAM H. MCCULLOUGH, III., an individual, and Does 1 through 20, inclusive,<br><br>Defendants. | Case No:<br>2:08-CV-00397-JAM-KJM<br><br>**STIPULATION OF DISMISSAL; ORDER** |

WHEREAS, the parties to this action have fully and finally resolved all issues set forth in this case:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to

all Defendants pursuant to F.R.C.P. 41(a)(1);

IT IS FURTHER STIPULATED by and between the parties through their designated counsel that the Court shall retain jurisdiction consistent with Kokkenen v. Guardian Life Ins. Co. of Am. 511 U.S. 375 (1994).

**SIGNATURE OF COUNSEL**

Dated: March 2, 2009     **LAW OFFICES OF JEREMY PASTERNAK**

By: /s/
JEREMY PASTERNAK
Attorneys for Plaintiff
CLARK ROBB

**PORTER SIMON**

Dated: March 2, 2009     By: /s/
JILL VACCHINA
Attorneys for Defendants
DRAGONFLY CUISINE, INC.
WILLIAM H. MCCULLOUGH, III.

**ORDER**

IT IS SO ORDERED.

DATED: 3/3/2009     /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE